UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mao Yun Chi, individually and on behalf of all other employees similarly situated,<br><br>         Plaintiff,<br><br>      - against -<br><br>Moon Star LLC d/b/a Moon Star Chinese Restaurant, Ting Lei Zheng, Ting Chen, Xiu Zhen Yang, and Sai Zhu Lin;<br><br>         Defendants. | Case No. 3:22-cv-00222<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

   Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mao Yun Chi hereby gives notice that the claims against Moon Star LLC d/b/a Moon Star Chinese Restaurant, Ting Lei Zheng, Ting Chen, Xiu Zhen Yang, and Sai Zhu Lin in the above-referenced action are voluntarily dismissed, with prejudice.

Dated: Flushing, New York
     March 21, 2022

HANG & ASSOCIATES, PLLC.

*/S/JIAN HANG*
Jian Hang (ct29549)
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 718.353.8588
Fax: 718.353.6288
jhang@hanglaw.com
*Attorneys for Plaintiff*